UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -vs- | : 4: 23 CR 00159 (MWB) |
| | : |
| CEDRIC LODGE, | : |
| KATRINA MACLEAN, | : |
| JOSHUA TAYLOR and | : |
| DENISE LODGE, | : |
| Defendants. | : |

## ORDER

AND NOW, this 14th day of June 2023, pursuant to the government's Motion to Unseal the Indictment regarding the defendants, CEDRIC LODGE, KATRINA MACLEAN, JOSHUA TAYLOR and DENISE LODGE, this Court hereby grants the government's motion, and the Indictment filed against the defendants, CEDRIC LODGE, KATRINA MACLEAN, JOSHUA TAYLOR, and DENISE LODGE, is hereby unsealed.

*s/William I. Arbuckle*
WILLIAM I. ARBUCKLE
UNITED STATES MAGISTRATE JUDGE