IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  4:23-CR-159 |
| | : | |
| **CEDRIC LODGE, KATRINA MACLEAN, JOSHUA TAYLOR and DENISE LODGE** | : : : | JUDGE BRANN |
| | : | |
| Defendants. | : | |
| | : | ELECTRONICALLY FILED |

<u>ENTRY OF APPEARANCE</u>

Kindly enter my appearance as counsel for Defendant Cedric Lodge in the above-referenced matter.

/s/ Patrick A. Casey
Patrick A. Casey (PA ID 50626)
pcasey@mbklaw.com

Attorney for Defendant, Cedric Lodge

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Date: June 16, 2023

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that I have served a true and correct copy of the foregoing Entry of Appearance upon the following parties in the manner indicated below on this 16th day of June 2023:

### Via the Court's ECF system

Sean A. Camoni, Esquire
U.S. Attorney's Office
Suite 309
235 North Washington Avenue
Scranton, PA 18503

Christopher R. Opiel, Esquire
Opiel Law
88 N. Franklin Street
Wilkes Barre, PA 18701

Edward J. Rymsza, Esquire
Miele & Rymsza, P.C.
125 East Third Street
Williamsport, PA 17701

### Via Electronic Mail

Paul Ackourey, Esquire
Ackourey & Trust, P.C.
9 Marion Street
Tunkhannock, PA 18657
ackoureyandturel@gmail.com

/s/ Patrick A. Casey
Patrick A. Casey