IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **4:23-CR-159** |
| | : | |
| v. | : | **(Chief Judge Brann)** |
| | : | |
| **CEDRIC LODGE,** | : | |
| **KATRINA MACLEAN,** | : | |
| **DENISE LODGE, and** | : | |
| **JOSHUA TAYLOR** | : | **(Electronically Filed)** |

**ORDER**

July 12, 2023

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The above defendant's were charged in an Indictment with various counts regarding crimes including conspiracy to knowingly, intentionally, and willfully unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. § 371; and to unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. §§ 2314 and 2. (Doc. 1).

A scheduling order was filed to the docket on June 30, 2023 which set forth case management instructions, guidelines, and the pretrial and trial schedule.

(Doc. 43). Pursuant to the scheduling order, pretrial motions are due fifteen (15) days from the date of arraignment, and trial is scheduled to commence on August 7, 2023. Id.

The failure to grant a continuance would likely result in a miscarriage of justice. The ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

WHEREFORE, IT IS ORDERED:

1. This case is continued to the ____October____, 2023, trial list.

2. The jury selection currently scheduled to commence August 7, 2023, is continued to ____October 2____, 2023, at the Harman T. Schneebeli Federal Bldg. & U.S. Courthouse, 240 West Third Street, Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions and briefs is extended until ____September 1____, 2023.

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h) (7)(B)(iv).

*s/ Matthew W. Brann*
_____
**Matthew W. Brann**
**Chief United States District Judge**