# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| CEDRIC LODGE, | : | |
| KATRINA MACLEAN, | : | |
| DENISE LODGE, and | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

## ORDER

February 6, 2024

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The above defendant's were charged in an Indictment with various counts regarding crimes including conspiracy to knowingly, intentionally, and willfully unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. § 371; and to unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. §§ 2314 and 2. (Doc. 1).

A scheduling order was filed to the docket on June 30, 2023 which set forth case management instructions, guidelines, and the pretrial and trial schedule.

(Doc. 43).  Trial was initially scheduled to commence on August 7, 2023.  Id.  The trial scheduled to commence in August 2023 was continued to October 2023 via an uncontested motion of defense counsel. (Doc. 52).  The trial scheduled to commence in October 2023 was continued to December 2023 via an uncontested motion of defense counsel.  (Doc. 61). The trial scheduled to commence in December 2023 was continued to April 2024 via an uncontested motion of defense counsel.  (Doc. 65).

The failure to grant a continuance would likely result in a miscarriage of justice. The ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

WHEREFORE, IT IS ORDERED:

1. This case is continued to the _____August_____, 2024, trial list.

2. The jury selection currently scheduled to commence April 1, 2024, is continued to August 5, 2024 at the Herman T. Schneebeli Federal Bldg. & U.S. Courthouse, 240 West Third Street, Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions and briefs is extended until July 1, 2024.

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h) (7)(B)(iv).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge