## **CERTIFICATE OF CONCURRENCE**

      I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney Sean Camoni in this Motion.  Mr. Camoni concurs in this Motion.

                                                  /s/ Patrick A. Casey
                                                  Patrick A. Casey

Date:  June 28, 2024