# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 4:23-CR-159 |
| | : | |
| **CEDRIC LODGE, KATRINA MACLEAN, JOSHUA TAYLOR and DENISE LODGE** | : | **CHIEF JUDGE BRANN** |
| | : | |
| **Defendants.** | : | |
| | : | **ELECTRONICALLY FILED** |

## ORDER

AND NOW, this _____ day of June, 2024, upon consideration of Defendant Cedric Lodge's Motion to Continue Deadline to file Pretrial Motions, Jury Selection and Trial, IT IS HEREBY ORDERED that the deadlines to file pretrial motions shall be extended by one hundred twenty (120) days, and jury selection and trial date shall be extended in accordance with that date.

 

Matthew W. Brann
Chief Judge