# EXHIBIT "A"

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     03/14/2023

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CLL-000916

CLL 000917

CLL 000918

Continuation of FD-302 of (U) Interview of Mark Cicchetti , On 03/07/2023 , Page 4 of 5

Employees are not allowed to sell body parts. Cicchetti did not think that there was a specific written policy about taking remains from HMS or selling them because that was obviously not allowed. They do have an HMS AGP manual.

CLL 000920