IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159 |
| | : | |
| CEDRIC LODGE, | : | CHIEF JUDGE BRANN |
| KATRINA MACLEAN, and | : | |
| JOSHUA TAYLOR, | : | |
| | : | |
| Defendants. | : | |

## ORDER

September 30, 2024

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The above defendant's were charged in an Indictment with various counts regarding crimes including conspiracy to knowingly, intentionally, and willfully unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. § 371; and to unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. §§ 2314 and 2. (Doc. 1).

A scheduling order was filed to the docket on June 30, 2023 which set forth case management instructions, guidelines, and the pretrial and trial schedule. (Doc. 43). Trial was initially scheduled to commence on August 7, 2023. Id. Jury selection and trial is currently scheduled to commence on December 2, 2024, with a November 1, 2024 deadline to file pretrial motions.

The failure to grant a continuance would likely result in a miscarriage of justice. The ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

WHEREFORE, IT IS ORDERED:

1. This case is continued to the April 2025 trial list.

2. Jury selection and trial scheduled to commence on December 2, 2024 is continued to April 7, 2025, at 9:30a.m., the Herman T. Schneebeli Federal Bldg. & U.S. Courthouse, 240 West Third Street, Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions and briefs is extended until February 3, 2025.

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge