## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00159-02 |
| v. | (Chief Judge Brann) |
| KATRINA MACLEAN, | |
| Defendant. | |

## <u>ORDER</u>

**AND NOW**, this 22nd day of July 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Katrina Maclean's motion to dismiss the indictment (Doc. 111) is **DENIED**;

2.  Joshua Taylor's notice of joining Maclean's motion to dismiss (Doc. 113) and Cedric Lodge's motion to dismiss the indictment (Doc. 114) are **DENIED AS MOOT**.

3.  The Court shall schedule a conference with counsel of record in due course and by separate Order.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
Chief United States District Judge