# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159-01 |
| | : | |
| CEDRIC LODGE, | : | CHIEF JUDGE BRANN |
| | : | |
| Defendant. | : | |
| | : | ELECTRONICALLY FILED |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Defendant Cedric Lodge, through his undersigned counsel, hereby moves for an extension of time to file objections to the Presentence Investigation Report, and, in support thereof, aver as follows:

1. On August 13, 2025, the U.S. Probation Office filed a Presentence Investigation Report (ECF 149).

2. The current deadline for the Defendant to file objections is August 29, 2025.

3. Counsel is collecting additional information regarding sentencing and requires additional time. Namely, counsel is consulting Dr. Richard Fischbein, M.D., to prepare an Independent Psychiatric Report of the Defendant for purposes of mitigation.

4. In light of the above, Defendant requests that the deadline to file objections to the Presentence Investigation Report be extended for at least thirty (30) days to September 26, 2025.

5. Counsel has sought the concurrence of Assistant U.S. Attorney Alisan Martin in this request. Ms. Martin concurs in this motion.

6. Pursuant to Local Rule 7.5, no supporting brief is required because the reasons for the continuance are fully stated in the motion and the Government concurs in the relief requested.

WHEREFORE, Defendant Cedric Lodge respectfully requests that the deadline for Defendant Cedric Lodge to file objections to the Presentence Investigation Report be extended for at least thirty (30) days to September 26, 2025.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

*Attorney for Defendant, Cedric Lodge*

Date: August 27, 2025

## **CERTIFICATE OF CONCURRENCE**

I, Patrick A. Casey, certify that I sought the concurrence of Assistant United States Attorney Alisan V. Martin in this Motion.  Ms. Martin concurs in this Motion.

/s/ Patrick A. Casey
Patrick A. Casey

Date: August 27, 2025

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Objections to the Presentence Investigation Report was served upon the following counsel of record via the Court's ECF system on this 27th day of August 2025:

>Alisan V. Martin, Esquire
>U.S. Attorney's Office
>Suite 311
>235 North Washington Avenue
>Scranton, PA 18503

>/s/ Patrick A. Casey
>Patrick A. Casey