# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00159-01 |
| v. | (Chief Judge Brann) |
| CEDRIC LODGE, | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of December 2025, **IT IS HEREBY ORDERED** that:

1. The Government shall submit its opposition to the Defendant's motion to assert breach of plea agreement (Doc. 186) by no later than **12:00 p.m. on Monday, December 15, 2025**; and

2. Mr. Lodge's sentencing hearing on December 16, 2025, will continue as scheduled.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge